SEALED
BY ORDER OF THE COURT

ORIGINAL

KENNETH M. SORENSON
United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: jeannette.graviss@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2026

at 2 o'clock and 34 min. P M
Lucy H. Carrillo, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 26-00116 MWJS |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 922(g) and 924(a)(8)] |
| PENITILA FAAMOE, a/k/a, "Junta," "JUWS," "John Wick," | |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

Felon in Possession of a Firearm
(18 U.S.C. §§ 922(g) and 924(a)(8))

On or about May 31, 2026, in the District of Hawaii, PENITILA FAAMOE, a/k/a, "Junta," "JUWS," "John Wick," the defendant, having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, did knowingly possess a firearm, with said firearm having been previously shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

Forfeiture Notice

1. The allegations in this Indictment are hereby realleged and incorporated by reference for the purpose of noticing forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c). The United States hereby gives notice to PENITILA FAAMOE, a/k/a, "Junta," "JUWS," "John Wick," the defendant, that upon conviction of the offense charged in the Indictment, the United States will seek forfeiture, in accordance with Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), of any firearms involved in or used in the offense, including but not limited to:

a. One Ruger Redhawk .44 magnum revolver;

b. Ammunition.

DATED: October 15, 2025, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

KENNETH M. SORENSON
United States Attorney
District of Hawaii

JEANNETTE S. GRAVISS
Assistant United States Attorney

United States v. Penitila Faamoe
Indictment
Case No. CR 26-00116 MWJS